## Exhibit A to the Complaint

**Location:** Wilmington, MA  **IP Address:** 108.20.178.209
**Total Works Infringed:** 35  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 98D9632CEE8326D9BA4EC22F783C5DB694A8DB20<br>File Hash:<br>D58D4A2E9DC7B4D3ABC9D54406493C8F733CDD2BDF1B4101189250EEE6D73CA3 | 05-05-2022 13:57:13 | Tushy | 05-01-2022 | 05-20-2022 | PA0002350375 |
| 2 | Info Hash: 74793E870EE1D5183B35935E3F7AF354B3A44407<br>File Hash:<br>5EDC78CC1B640B202D237A31B490B30092384C76DD1CFD68DF02B0A41A4C47DA | 05-03-2022 12:34:11 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |
| 3 | Info Hash: 979CF81ABC74669F8CD01EBB59F850421C88870E<br>File Hash:<br>84CCA9BF82CAD127F48551AFEC4E02AF69546F4EF2A9E36D51A067F9B1EBF5BC | 04-29-2022 14:51:24 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 4 | Info Hash: 510C2BAB64EA5525520E00137D9908D94024D1AB<br>File Hash:<br>1C51B794FEAF50F037AB80706445580AD627E13343301FD34EDCC500BF4AB121 | 03-30-2022 17:15:19 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 5 | Info Hash: 8C38935E19DE8FB862DA5530928434028029D94E<br>File Hash:<br>3FAE614FC6ABA9A85E1264BA01148D8BFAA110B0A89FFC3C90BE9CE84356B02F | 03-29-2022 12:52:01 | Tushy | 03-27-2022 | 04-23-2022 | PA0002346427 |
| 6 | Info Hash: 557B0DE14F6A7A062A05FC99F16612D803949D3D<br>File Hash:<br>9EF62CAA1C0D9C52B514A1F0AA148B3661ACC17A9086063745262761793AEDBC | 02-24-2022 14:42:30 | Tushy | 05-21-2019 | 06-17-2019 | PA0002181294 |
| 7 | Info Hash: 5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash:<br>86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 02-11-2022 19:41:36 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 8 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash:<br>478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 02-08-2022 18:21:25 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 9 | Info Hash: 295ACF9E9CF1BB8CC7123B7E78511A49068F9949<br>File Hash:<br>B0006E614C06D78E90D9B7B5E394D272BF6A2DC3BAB1E97FE08AF234CB2E4CA8 | 02-08-2022 14:40:56 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 10 | Info Hash: 6DBA2406515DCDA7D578C86004D9D5F3645DDE3B<br>File Hash:<br>4E558F595611107DA5975659E833480FFB62A8A843BAD49976559DB0E97A0E4E | 01-22-2022 20:01:01 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 11 | Info Hash: 8302069898D0522770124636078533F1BF87DCB2<br>File Hash:<br>F221039EADFBE6A6ABB64E06DE65D8F35CB3998D7103F5047C90888C807F6091 | 01-22-2022 19:58:11 | Vixen | 01-14-2022 | 03-04-2022 | PA0002345789 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C387FE8E2D3D966533BC09C5C1A67A805BD98AF9<br>File Hash:<br>536EFBF927A64CAFFDC52037A8334F52341CDD09ECDCB07481E079B920BC47F9 | 01-18-2022<br>14:06:25 | Tushy | 01-16-2022 | 03-04-2022 | PA0002345785 |
| 13 | Info Hash: A085B82D358EAD8FCE62902BBCF6032CB3D6B494<br>File Hash:<br>5EAE2433C94B1A694BAC5AC942AEC6F4DB4A3ECDCEEB62AC8631481C2F3AC33E | 01-11-2022<br>17:55:01 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 14 | Info Hash: 1B249446B394B84FF043480BD2BC3867CA5E63D7<br>File Hash:<br>ED926973D7330C9C37951B38FBA70C610162709323601405D650A6E7B554A16B | 12-27-2021<br>15:12:12 | Vixen | 12-10-2021 | 03-04-2022 | PA0002345787 |
| 15 | Info Hash: 89078B825B33412AE3E21B85E2D1E12BCBB484B5<br>File Hash:<br>3BFFECDB6CBF00BA1E7069DE3C82F661138D01D29E9E05C51F728DA06DBF8557 | 12-20-2021<br>20:41:02 | Tushy | 12-19-2021 | 02-03-2022 | PA0002341852 |
| 16 | Info Hash: 9F60EBB81F4C2CC20B87E20A0DF8F2F146FAF3DE<br>File Hash:<br>66C17539B3EB7FD12B6862F331F6C960DB542F9885E0A225FFF373C780097FE1 | 12-20-2021<br>20:37:49 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 17 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash:<br>610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 12-13-2021<br>16:26:15 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 18 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash:<br>54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 11-14-2021<br>19:27:05 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 19 | Info Hash: 46FB5C95563AABB928C3CA89102A1C19A404CB80<br>File Hash:<br>D3EB1AB98FC7784A0865D9F50C3CD83D1E7802AF5892D6904AFB68E5D0C6F1AE | 10-17-2021<br>18:56:22 | Tushy | 10-03-2021 | 11-01-2021 | PA0002326410 |
| 20 | Info Hash: 95C963F8045CDD4A212671619691114A64D8D1AA<br>File Hash:<br>C680FC7B315EEC683F9A554352FE60465A25B258B53135DB7CA79FD8FABCC630 | 10-17-2021<br>18:55:41 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 21 | Info Hash: D9F6076D4145F5E574FFDE66993B5D70E7E3CBE5<br>File Hash:<br>39B5A5580E39240898CA0E2F034DFD8ACCD0C18D98E2EE291BC07B4E336BED5C | 09-23-2021<br>14:41:31 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 22 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash:<br>4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 09-14-2021<br>14:54:56 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 23 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash:<br>41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 09-06-2021<br>12:27:35 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 4B9A8463F0FBAAEB3D89398BD2E72F6762E3A2E6<br>File Hash: 2A432F4B2985F283FDB6A3F28DCB67E189DF5FD6A6A609EFA7A572FA356D191C | 08-17-2021 13:49:58 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 25 | Info Hash: 3CAD7A2A0AAECF317DF61A8209EF50F816628EF9<br>File Hash: DCDC4012ECFC833DB16B30305BB12BCAEA6D97E177C4D4DDA09912E5E56A55DB | 08-09-2021 21:10:44 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 26 | Info Hash: CA55EE0549539116BEEB98AFBC236DD49DC9DF63<br>File Hash: A5B3FE18786A566C886E2F259B85D1484B4D7BD0E2FD6499304446DFAEF2DB6A | 07-20-2021 13:23:39 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 27 | Info Hash: 4933F704F6A8670559941C0CFB3053BC067C02AA<br>File Hash: 2D8C472B3A98AE22DFDD842BAE5BADDABCC0E35D9462A69D31C7DF5F8BF897C4 | 06-30-2021 13:40:10 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 28 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 06-09-2021 13:05:06 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 29 | Info Hash: A37E9DED6FFDC1AB0B1F1E3FAE29FED1AAD831B0<br>File Hash: 08D845E44E6C504024335E5594371172A1973617744D6A2F7E95B589D217464E | 05-26-2021 15:38:22 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 30 | Info Hash: 7E2A9DD13F5F81891BFBEE9953863C80CB9FEDC1<br>File Hash: 9C7CEC2292FBF89F5B4A7EE246A505C52FBDF8A1256F49ADD893EFB7B9BAA4DC | 05-12-2021 17:53:13 | Tushy | 04-18-2021 | 06-03-2021 | PA0002299684 |
| 31 | Info Hash: 16A54F666CB7A97B86ADAC7E635F9CD12941E879<br>File Hash: 1F0BE867BA4817CBB3D602F626412F4405E4359CB42D55CBADB3C52B7B505A43 | 05-07-2021 18:21:04 | Tushy | 12-20-2018 | 01-22-2019 | PA0002147682 |
| 32 | Info Hash: 7DC314B0DD6AE33E792CDD84E3127110CB6ABB15<br>File Hash: 143A618195C5205D31D7394510EF00D3D6F9159C6BBD3C485E0EE586B12F4D27 | 05-02-2021 17:52:35 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 33 | Info Hash: 65AE22A1EAAA2A80353EE02BDB7D66F72EE58914<br>File Hash: 9874817CCD34961FF2649608FA9E3FA5A8FCF009C044602FAE1913A586BB1D3B | 04-14-2021 13:16:06 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 34 | Info Hash: ED3D79FFE111C98B93B1C7BC0BD85679C7021253<br>File Hash: 472B68F43EA56A2FE0F1709D547711545BEC79F0680D2718F683FF85D34052AE | 04-05-2021 13:50:31 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 35 | Info Hash: 24CBC0961F66D0254842302FDBC0E033E4ACE4C1<br>File Hash: BCD842C4D932CD371B7965C899B4CE0B4E103F02DA5362F1C6A546A892B7CDFF | 04-05-2021 13:47:20 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |